**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2256-24

MITCHELL KOTLER, a New
Jersey Resident,

     Plaintiff-Appellant,

and

MITCHELL NELSON, a New
Jersey Resident,

     Plaintiff,

v.

NOAH KANE, a New
Jersey resident, in his capacity as
President of Congregation
Ahavath Yisreal of Morristown,
a New Jersey nonprofit
corporation, and MARSHALL
ROVNER, a New Jersey
resident, in his capacity as
Treasurer of Congregation
Ahavath Yisreal of Morristown
a New Jersey nonprofit
corporation,

     Defendants-Respondents.

_____

Submitted February 24, 2026 – Decided March 9, 2026

Before Judges Sumners, Susswein and Chase.

On appeal from the Superior Court of New Jersey, Chancery Division, Morris County, Docket No. C-000097-24.

Steinberg Law Firm LLC, attorneys for appellant Mitchell Kotler (Paul S. Grosswald, on the briefs).

Methfessel & Werbel, attorneys for respondents (Steven A. Unterburger, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them.  In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

*M.C. Harley*

Clerk of the Appellate Division

2